■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE YORK, Appellant. [976 NYS2d 410]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (R. Guzman, J.), imposed May 22, 2012, upon his conviction of manslaughter in the first degree and criminal possession of a weapon in the third degree (two counts), the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed on June 30, 1999. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the appeal is dismissed as academic; and it is further,

Ordered that assigned counsel's application for leave to withdraw as counsel is dismissed as academic.

Inasmuch as the resentence was vacated by a subsequent order of the Supreme Court during the pendency of this appeal, the appeal has been rendered academic (*see People v Middleton*, 90 AD3d 951, 952 [2011]; *People v Harrison*, 51 AD3d 816, 817 [2008]; *People v Fredericks*, 48 AD3d 827, 829 [2008]). Rivera, J.P., Hall, Roman and Cohen, JJ., concur.